■ Ryder Truck Rental, Inc., et al., Appellants, v Eagle Insurance Company, Respondent. [643 NYS2d 363] —Appeal by the plaintiffs from an order and judgment (one paper) of the Supreme Court, Kings County (Yoswein, J.), dated March 28, 1995.

Ordered that the order and judgment is affirmed, with costs, for reasons stated by Justice Yoswein at the Supreme Court. Bracken, J. P., Miller, Joy, Hart and Krausman, JJ., concur.